LAWRENCE & LAWRENCE LAW, PLLC
Nathan E. Lawrence, NBN 15060
Joseph P. Lawrence, NBN 16726
9480 S. Eastern Ave., Ste. 213
Las Vegas, Nevada 89123
Telephone: 702-534-6556
Facsimile: 702-602-5168
nathan@law2esq.com
joseph@law2esq.com

TRAVIS N. BARRICK, PC
Travis N. Barrick, NBN 9257
730 Las Vegas Blvd S., Ste. 104
Las Vegas, Nevada 89101
Telephone: 702-892-3500
Facsimile: 702-386-1946
tbarrick@vegascase.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DAYSEAN JENKINS<br><br>Plaintiff,<br><br>v.<br><br>DANIEL SIMAS, an individual; JOSEPH BENSON, an individual; MIKE DAVIS, an individual; JOHN HALKI, an individual; and DEBBIE KEENNON, an individual; collectively,<br><br>Defendants. | Case No.: 3:23-cv-00049-ART-CLB<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME FOR PLAINTIFF'S RESPONSE TO DEFENDANT DR. JOHN HALKI'S MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT**<br><br>**[ECF No. 29]**<br><br>**(First Request)** |

Pursuant to Fed. R. Civ. P. 6(b)(1) and Local Rules IA 6-1, IA 6-2, and 26-3, Plaintiff DAYSEAN JENKINS ("Plaintiff" or "Mr. Jenkins"), by and through his attorneys of the law firms of LAWRENCE & LAWRENCE LAW, PLLC and TRAVIS N. BARRICK, PC and Defendant Dr.



1  JOHN HALKI ("Dr. Halki"), by and through his attorneys of the law firm of LEWIS BRISBOIS
2  BISGAARD & SMITH LLP, hereby submit this Stipulation and Order to Extend Time for Plaintiff's
3  Response to Defendant Dr. John Halki's Motion to Dismiss Plaintiff's Second Amended
4  Complaint.

5       This is the first stipulation to extend the response deadline, and this stipulation is presented
6  to the Court in advance of the current deadline of December 20, 2024.  For the foregoing reasons
7  and as is more fully explicated below, the Parties stipulate to and respectfully request that this
8  Court extend the response deadline in this matter until January 3, 2025.

10  **I.   RELEVANT PROCEDURAL HISTORY**
11       1.   On November 23, 2024, pursuant to the Court's August 12, 2024, Order extending
12  the deadline to amend pleadings and add parties, Plaintiff filed his Second Amended Complaint,
13  adding new causes of action for deliberate indifference arising from violations of Article 1,
14  Section 6 of the Nevada Constitution.
15       2.   On December 6, 2024, Defendant Dr. Halki filed his Motion to Dismiss Plaintiff's
16  Second Amended Complaint (the "Motion to Dismiss"), specifically with respect to the Nevada
17  Constitutional claims.

19  **II.   LEGAL STANDARD**
20       Fed. R. Civ. P. Rule ("FRCP") 6(b)(1) governs extensions of time and allows, in relevant
21  part, that "[w]hen an act may or must be done within a specified time, the court may, for good
22  cause, extend the time: (A) with or without motion or notice if the court acts, or if a request is
23  made, before the original time or its extension expires."  If additional time for any purpose is
24  needed, the proper procedure is to present a request for extension of time before the time fixed
25  has expired. *Canup v. Mississippi Val. Barge Line Co.,* 31 F.R.D. 282 (W.D. Pa. 1962).  An
26  extension of time may always be sought and is usually granted on a showing of good cause if
27  timely made under subdivision (b)(1) of [FRCP 6]. *Creedon v. Taubman*, 8 F.R.D. 268 (N.D.
28  Ohio 1947).  Also, a district court possesses the inherent power to control its own docket.



1  *Hamilton Copper & Steel Corp. v. Primary Steel, Inc.*, 898 F.2d 1428, 1429 (9th Cir. 1990);
2  *Olivia v. Sullivan*, 958 F.2d 272, 273 (9th Cir. 1992).

3       LR IA 6-1 additionally requires that a motion to extend time must state the reasons for the extension requested.  LR 26-3 requires that a motion to extend any date set by the discovery plan, scheduling order, or other order must, as well as satisfying the requirements of LR IA 6-1, demonstrate good cause for the extension.

### III.    ARGUMENT

     As noted above, Dr. Halki's Motion to Dismiss was filed on December 6, 2024, and Plaintiff's Response thereto is required, in the normal course of things, by Friday, December 20, 2024.  Accordingly, under FRCP 6.1(b)(1), the instant Stipulation for extension of time is timely filed with respect to the upcoming response deadline.

     Unfortunately, Plaintiff's lead counsel, Mr. Lawrence, has a previously and long-scheduled trip out of country, from December 10, 2024, to December 20, 2024, which will render a timely response to the Motion to Dismiss impracticable, if not impossible.  The Parties stipulate that this previously scheduled international trip constitutes good cause for a brief extension of time for Plaintiff's response.  Given the Christmas holiday in the week following the present response deadline, the Parties are amenable to and request approval by the Court of an extension for Plaintiff's Response to Dr. Halki's Motion to Dismiss of two weeks, until January 3, 2025.

/ / /

/ / /

/ / /

/ / /



**IT IS SO STIPULATED.**

DATED this 8th day of December 2024.  DATED this 8th day of September 2024.

**LAWRENCE & LAWRENCE LAW, PLLC**       **LEWIS BRISBOIS BISGAARD & SMITH LLP**

_____       /s/ Frank A. Toddre, II_____
Nathan E. Lawrence, NBN 15060            Frank A. Toddre, II, NBN 11474
Joseph P. Lawrence, NBN 16726            Frank.Toddre@lewisbrisbois.com
9480 S. Eastern Ave., Ste. 213           6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89123                  Las Vegas, Nevada 89118
Telephone: 702-534-6556                  Telephone: 702.893.3383
Facsimile: 702-602-5168                  Facsimile: 702.893.3789
nathan@law2esq.com                       *Attorney for Defendant Dr. John Halki*
joseph@law2esq.com
*Attorneys for Plaintiff*

**IT IS SO ORDERED.**

DATED:   December 9, 2024

_____
UNITED STATES MAGISTRATE JUDGE

