FRANK A. TODDRE, II
Nevada Bar No. 11474
Frank.Toddre@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: 702.893.3383
Facsimile: 702.893.3789
*Attorney for Defendant Dr. John Halki*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| DAYSEAN JENKINS,<br><br>    Plaintiff,<br><br>vs.<br><br>DANIEL SIMAS, *et al.*,<br><br>    Defendants. | Case No.: 3:23-cv-00049-ART-CLB<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME FOR DEFENDANT DR. JOHN HALKI'S REPLY IN SUPPORT OF PARTIAL MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT [ECF NO. 29] (FIRST REQUEST)** |

Pursuant to Fed. R. Civ. P. 6(b)(1) and Local Rules IA, IA 6-2, and 26-3, Defendant Dr. John Halki ("Dr. Halki" or "Defendant"), by and through his counsel of record, the law firm of LEWIS BRISBOIS BISGAARD & SMITH LLP, and Plaintiff Daysean Jenkins ("Mr. Jenkins" or "Plaintiff"), by and through his counsel of record, the law firms of LAWRENCE & LAWRENCE LAW, PLLC and TRAVIS N. BARRICK, PC, hereby submit this Stipulation and Order to Extend Time for Dr. Halki to file his Reply in Support of the Partial Motion to Dismiss Plaintiff's Second Amended Complaint (ECF No. 29).

This is the first stipulation to extend the reply deadline, and this stipulation is presented to the Court in advance of the current deadline of January 10, 2025. For the foregoing reasons and as more fully explicated below, the Parties stipulate to and respectfully request that this Court extend the response deadline in this matter until January 17, 2025.

Defense has a firm trial setting for the January 13, 2025 stack in Nevada State Court and has been unable to provide sufficient time and attention to completing the reply brief within the standard

150866690.1

seven day response deadline. Due to the complexity of the issues presented, the parties stipulate that this constitutes good cause for a brief extension of time for Defendant's reply. The parties request approval of the court for an extension to Defendant's Reply in Support of Partial Motion to Dismiss Plaintiff's Second Amended Complaint.

| | |
|---|---|
| Dated this 9th day of January, 2025 | Dated this 10th day of January, 2025 |
| LAWRENCE & LAWRENCE LAW, PLLC | LEWIS BRISBOIS BISGAARD & SMITH LLP |
| | /s/ Frank A. Toddre, II |
| TRAVIS N. BARRICK<br>Nevada Bar No. 9257<br>NATHAN E. LAWRENCE<br>Nevada Bar No. 15060<br>9480 S. Eastern Ave., Ste. 213<br>Las Vegas, NV 89123<br>*Attorneys for Plaintiff* | FRANK A. TODDRE, II<br>Nevada Bar No. 11474<br>6385 S. Rainbow Boulevard, Suite 600<br>Las Vegas, Nevada 89118<br>*Attorney for Defendant Dr. John Halki* |

**ORDER**

**IT IS SO ORDERED.**

Dated this __10__ day of January, 2025.

_____
UNITED STATES MAGISTRATE JUDGE