1  VICTORIA C. COREY
   Nevada Bar No. 16364
2  Victoria.Corey@lewisbrisbois.com
   LEWIS BRISBOIS BISGAARD & SMITH LLP
3  6385 S. Rainbow Boulevard, Suite 600
   Las Vegas, Nevada 89118
4  Telephone: 702.693.4348
   Facsimile: 702.893.3789
5  Attorney for Defendant
   DR. JOHN HALKI

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DAYSEAN JENKINS,<br><br>    Plaintiff,<br><br>vs.<br><br>DANIEL SIMAS, et al.,<br><br>    Defendants. | Case No.: 3:23-cv-00049-ART-CLB<br><br>ORDER GRANTING MOTION/<br>NOTICE OF DISASSOCIATION OF COUNSEL |

Notice is hereby given to the Court and parties that Victoria C. Corey is no longer associated with LEWIS BRISBOIS BISGAARD & SMITH, LLP and seeks to withdraw as counsel for the Defendant(s) in this matter: Dr. John Halki. LEWIS BRISBOIS BISGAARD & SMITH, LLP will continue to represent Defendant(s), and they will not be without counsel. Defendant respectfully requests the Clerk of the Court to update the docket pursuant to this Notice.

157267103.1

DATED this 23rd day of May, 2025.

By     /s/ Victoria C. Corey
VICTORIA C. COREY
Nevada Bar No. 16364

**IT IS SO ORDERED.**

**DATED:** May 23, 2025

_____
UNITED STATES MAGISTRATE JUDGE

157267103.1

2