**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DAYSEAN JENKINS, | Case No.: 3:23-cv-00049-ART-CLB |
| Plaintiff, | |
| v. | **ORDER GRANTING** |
| DANIEL SIMAS, an individual; JOSEPH BENSON, an individual; MIKE DAVIS, an individual; JOHN HALKI, an individual; and DEBBIE KEENNON, an individual; collectively, | **STIPULATION TO** <br> **DISMISS WITH PREJUDICE** |
| Defendants. | |

Plaintiff DAYSEAN JENKINS, by and through his undersigned counsel, and Defendants DANIEL SIMAS, JOSEPH BENSON, MIKE DAVIS, JOHN HALKI, and DEBBIE KEENNON, by and through their respective undersigned counsel, hereby submit this Stipulation and Order to Dismiss with Prejudice.

/ / /

IT IS HEREBY STIPULATED AND AGREED by and between the respective parties that the above-entitled action and all claims against Defendants be dismissed with prejudice and the matter closed, each party to bear their own attorneys' fees and costs.

DATED this 2nd day of March 2026.

**LAWRENCE & LAWRENCE LAW, PLLC**

_____

Nathan E. Lawrence, SBN 15060
Joseph P. Lawrence, SBN 16726
9480 S. Eastern Ave., Ste. 213
Las Vegas, Nevada 89123
Telephone: 702-534-6556
Facsimile: 702-602-5168
nathan@law2esq.com
joseph@law2esq.com

TRAVIS N. BARRICK, PC
Travis N. Barrick, NBN 9257
730 Las Vegas Blvd S., Ste. 104
Las Vegas, Nevada 89101
Telephone: 702-892-3500
Facsimile: 702-386-1946
tbarrick@vegascase.com
*Attorneys for Plaintiff*

DATED this 2nd day of March 2026.

**AARON D. FORD, Attorney General**

*/s/ Rudolf M. D'Silva*_____

Rudolf M. D'Silva, NBN 16227
   Deputy Solicitor General
State of Nevada, Office of the Attorney General
1 State of Nevada Way, Suite 100
Las Vegas, Nevada 89119
Telephone: 702-486-3375
Facsimile: 702-486-3768
Email: rdsilva@ag.nv.gov
*Attorneys for Defendants Joseph Benson, Mike Davis, Debbie Keennon, and Daniel Simas*

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

*/s/ Matthew A. Cavanagh*_____

Matthew A. Cavanaugh, NBN 11077
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: 702-893-3383
Facsimile: 702-893-3789
Matthew.Cavanaugh@lewisbrisbois.com
*Attorney for Defendant Dr. John Halki*

**IT IS SO ORDERED.**

_____
ANNE R. TRAUM
UNITED STATES DISTRICT COURT JUDGE

Dated: March 3, 2026